Phone: 920.231.2150
Fax: 920.231.5713
Email: kalina@ch13oshkosh.com

## Rebecca R. Garcia
### Chapter 13 Trustee in Bankruptcy
**EASTERN DISTRICT OF WISCONSIN**
**2950 Universal Court**
**P O Box 3170**
**Oshkosh, WI 54903-3170**

April 22, 2015

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find our check #506157 amount of $2,700 which is being sent to you as unclaimed funds. Attempts to contact this debtor have been attempted; however, were unsuccessful. These funds are from:

- Case: 2013-31442 – GMH – Gary John Lesniak
- Payment originally issued as a debtor refund
- Last address on file for debtor: 507 S Hawley Rd, Milwaukee WI 53214-1920
- Case status: Dismissed in November 2014

Sincerely,

*Kalina Xiong*

Kalina N Xiong
Chapter 13 Accounting Manager

Enclosure: Check #506157

cc:    Gary John Lesniak
       Richard Check Bankruptcy Law Office

FILED – MAIL
2015 APR 24  AM 10: 57
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI